IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$58,080.00 IN UNITED STATES CURRENCY,<br><br>Defendant. | 8:18CV18<br><br>**ORDER** |

As to Defaulted Defendants Remy Ramone Perry, Zachary Dafante Smith, and Yvette Villacorta,

IT IS ORDERED that on or before December 7, 2018,

1) The government shall advise the court as to whether a final judgment is appropriate as to the entire case, including the pro se defaulted defendants.

2) The clerk shall mail a copy of this order to the pro se defaulted defendants.

November 26, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge